IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODGER KRAMER and COLLEEN BRUSIUS, h/w<br>   Plaintiffs,<br><br>v.<br><br>WAYNE SEIBER, PRATT INDUSTRIES, INC., CORRUGATED LOGISTICS, LLC, IMPRESS PACKAGING, INC., PRATT TRIAD PACKAGING, LLC, RM ESOP, INC., JOHN CHEESEMAN TRUCKING, INC., CHEESEMAN, LLC and ZUMSTEIN, INC.<br>   Defendants. | CIVIL ACTION<br><br>Case No. 5:17-cv-04863-EGS<br><br>JURY TRIAL DEMANDED |

## STIPULATION TO AMEND AND CORRECTLY NAME DEFENDANTS IN PLAINTIFF'S AMENDED COMPLAINT

Plaintiffs and Defendants Wayne Seiber, Pratt Industries, Inc., RM ESOP, Inc., John Cheeseman Trucking, Inc., Cheeseman, LLC and Zumstein, Inc., by and through their undersigned counsel, hereby stipulate and agree as follows:

The Amended Complaint shall be amended to correctly name Defendants as follows:

  1)  Defendant Corrugated Logistics, LLC will be correctly named Pratt (Corrugated Logistics), LLC

  2)  Defendant Impress Packaging, Inc. will be correctly named Pratt (Impress Manufacturing), Inc.

  3)  Defendant Pratt Triad Packaging, LLC will be correctly named Pratt (Triad Packaging), LLC

Pratt (Corrugated Logistics), LLC, Pratt (Impress Manufacturing), Inc. and Pratt (Triad Packaging), LLC shall file their answer within 21 days of the filing of this Stipulation correctly

naming them as Defendants.

| | |
|---|---|
| FRITZ, GOLDENBERG & BIANCULLI, LLC | MCDONNELL & ASSOCIATES, PC |
| *(signature)* | *(signature)* |
| Brian E. Fritz, Esquire | Patrick J. McDonnell, Esquire |
| Kristy E. McCabe, Esquire | Robert E. McDivitt III, Esquire |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Wayne Seiber, Pratt Industries, Inc., RM ESOP, Inc., John Cheeseman Trucking, Inc., Cheeseman, LLC and Zumstein, Inc.* |
| Dated: 12/20/17 | Dated: 12/20/17 |